NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**STATON TECHIYA, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellees*

_____

2023-2389

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00324.

-------------------------------------------------

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

**v.**

**STATON TECHIYA, LLC,**
*Appellee*

_____

2023-2423

_____

2    STATON TECHIYA, LLC v. SAMSUNG ELECTRONICS CO., LTD.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00324.

_____

# ORDER

Upon consideration of the parties' joint stipulation of voluntary dismissal of the cross-appeal, Appeal No. 2023-2423, pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  Appeal No. 2023-2423 is dismissed.  The revised official caption for the remaining appeal, Appeal No. 2023-2389, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2023-2423.

(3)  Staton Techiya, LLC's reply brief is due no later than May 31, 2024.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-2389.

FOR THE COURT

May 15, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-2423 only): May 15, 2024